# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 31, 2022

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

> **Re:**   *Yan Luis v. Williams-Sonoma, Inc.*, 1:22-cv-01882-LJL
> <u>Request to Extend Defendant's Time to Respond to the Complaint</u>

Dear Judge Liman:

We represent Defendant Williams-Sonoma, Inc. ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Kevin Yan Luis, respectfully to request that the Court extend Defendant's time to respond to the Complaint from April 4, 2022 to May 4, 2022. This is Defendant's first request for an extension of time to respond to the Complaint. In support of this request, counsel for Defendant states that they only recently were engaged in this matter, and this request, if granted, will permit counsel time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other dates scheduled in this action. The parties currently are not scheduled to appear before the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming
*Attorney for Defendant*

c: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060      +1.212.309.6000
United States                                +1.212.309.6001